## IN THE SUPREME COURT OF THE STATE OF NEVADA

DARREN GROSSMAN, A/K/A DARREN GATES, AN INDIVIDUAL,

Appellant,

vs.

DIVERSIFIED COMMUNICATIONS SOLUTIONS, INC., LTD.,

Respondent.

No. 85005

**FILED**

NOV 03 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is an appeal from a default judgment. Eighth Judicial District Court, Clark County; Veronica Barisich, Judge.

Because it appeared that the district court had not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its judgment as final pursuant to NRCP 54(b), this court entered an order directing appellant to demonstrate this court's jurisdiction. *See Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). Appellant has responded and concedes that the judgment is not a final disposition and that this court lacks jurisdiction. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

22-34639

cc: Hon. Veronica Barisich, District Judge
Paul M. Haire, Settlement Judge
Angulo Law Group, LLC
Qualey Law Group
Eighth District Court Clerk